UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE NIGEL BARNETT,<br><br>     Plaintiff,<br><br>   -against-<br><br>LETITIA ANN JAMES, et al.,<br><br>     Defendants. | 26-CV-3048 (JGLC)<br><br>**<u>ORDER</u>** |

KENNETH M. KARAS, United States District Judge:

On June 17, 2026, Plaintiff filed his third petition for emergency injunctive relief in this case. ECF No. 26; *see also* ECF Nos. 2, 24. This filing comes only two days after the Court denied Plaintiff's last request for a preliminary injunction. *See* ECF No. 25.

"While the Court construes pro se pleadings liberally and interprets them to raise the strongest arguments that they suggest, pro se status does not exempt a party from compliance with relevant rules of procedural and substantive law." *Moody v. Sedgwick Claims Mgmt. Servs., Inc.*, No. 25-CV-10720 (JHR), 2026 WL 370332, at *4 (S.D.N.Y. Feb. 10, 2026) (quoting *Triestman v. Federal Bureau of Prisons*, 470 F.3d 471, 474 (2d Cir. 2006); *Azzarmi v. Key Food Stores Co-Operative Inc.*, No. 20-CV-6835 (GBD) (BCM), 2021 WL 1734922, at *3 (S.D.N.Y. May 3, 2021)) (cleaned up). Courts in this District routinely deny emergency applications that request "substantially the same relief" as previously denied motions, when there is no change in circumstances. *See, e.g.*, *Lopez v. New York City*, No. 17-CV-3014 (VEC) (OTW), 2018 WL 11385136, at *1 (S.D.N.Y. Dec. 21, 2018).

Here, Plaintiff alleges substantially similar facts and requests substantially similar relief as his last emergency motion. In denying Plaintiff's prior petition, the Court noted that *Younger* abstention and the *Rooker–Feldman* doctrine prevent the Court from interfering in Plaintiff's

state court proceedings. ECF No. 25 at 3–4 (citing *Younger v. Harris*, 401 U.S. 37 (1971) and *Reed v. Goertz*, 598 U.S. 230 (2023), among others). Plaintiff's new petition does not alter this analysis, nor does it cure the procedural defects that the Court identified. *See id.* at 2. Accordingly, Plaintiff's motion is DENIED.

This petition is Plaintiff's third request for emergency relief in three months. *See* ECF Nos. 2, 24, 26. Any further applications made without a material change in circumstances may be summarily denied. *See Moody*, 2026 WL 370332, at *6 (noting that where plaintiffs improperly file "numerous applications seeking overlapping relief on various grounds . . . the Court may summarily deny future applications seeking relief on the same grounds.").

The Clerk of Court is directed to terminate ECF No. 26.

Dated: June 18, 2026
White Plains, New York

SO ORDERED.

_____

KENNETH M. KARAS
United States District Judge