UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE NIGEL BARNETT,
Plaintiff,

-against-

LETITIA ANN JAMES, et al.,
Defendants.

26-CV-3048 (JGLC)

**ORDER**

KENNETH M. KARAS, United States District Judge:

On July 14, 2026, Plaintiff Andre Nigel Barnett filed several letters with the Court regarding the proceedings in his state court case and refiled two of his prior motions for emergency injunctive relief. *See* ECF Nos. 32–35, 38. To the extent Mr. Barnett intends for his filings to constitute a renewed motion for a preliminary injunction, it is DENIED.

The Court previously warned Mr. Barnett that further applications for emergency relief without a material change in circumstances might be summarily denied and thus hereby incorporates the previously cited reasons for denial. ECF No. 27 at 2 (citing *Moody v. Sedgwick Claims Mgmt. Servs., Inc.*, No. 25-CV-10720 (JHR), 2026 WL 370332, at *6 (S.D.N.Y. Feb. 10, 2026)); *see also* ECF No. 25. New disputes in Plaintiff's state court case do not change the Court's prior analysis. In particular, as relevant to *Younger* abstention, that a state court judge did not permit Plaintiff to read a motion for mandatory disqualification into the record does not itself indicate that Plaintiff was denied the opportunity to raise it "before a legally trained judge before sentencing." *Augustin v. Digirolamo*, No. 25-CV-3332 (NCM), 2025 WL 2689598, at *4 (E.D.N.Y. Sept. 19, 2025). Moreover, absent statutory grounds, recusal is an inherently discretionary decision. *People v. Glynn*, 21 N.Y.3d 614, 618 (2013). Accordingly, the Court finds no change of circumstance that is material to its decision on emergency injunctive relief.

Plaintiff has filed an excessive volume of letters with the Court. This Court is not Mr. Barnett's opportunity to challenge every decision made in his state court case. Mr. Barnett is advised that routine updates on the status of his state court case do not assist the Court—nor does repeating allegations already made in the Complaint or in prior filings. Plaintiff's submissions are most helpful when filed as directed by the Federal Rules of Civil Procedure, the Court's Individual Rules, or when otherwise ordered by the Court.

Dated: July 17, 2026
White Plains, New York

SO ORDERED.

KENNETH M. KARAS
United States District Judge