UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE NIGEL BARNETT,
Plaintiff,

-against-

LETITIA ANN JAMES, et al.,
Defendants.

26-CV-3048 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On July 23, 2026, Plaintiff Andre Nigel Barnett requested an extension of time to file a notice of appeal regarding two Orders that the Court has issued denying his requests for preliminary injunctive relief. *See* ECF No. 47. Mr. Barnett's request is GRANTED. The Court does not credit Plaintiff's contention, ECF No. 47 at 1–2, that good cause for an extension exists because Judge Kenneth M. Karas issued the orders on Plaintiff's petitions for injunctive relief. Judge Karas addressed the petitions for emergency relief with the undersigned's consent—a common practice in this District, particularly with emergency motions—and the Orders provide clear notice that they pertained to this case. *See* ECF Nos. 25, 27 (containing Plaintiff's name, the case number, and a clear description of the facts of this case). Nonetheless, in deference to Plaintiff's pro se status, the Court HEREBY EXTENDS Plaintiff's time to file a notice of appeal on the Court's Orders at ECF Nos. 25, 27, and 39 to **August 30, 2026**. Because the Court deems a prospective appeal of these Orders to be frivolous, it will retain jurisdiction over this case while the appeal is pending. *See Nunez-Polanco v. Capra*, No. 22-CV-4475 (LTS), 2023 WL 35208, at *2 (S.D.N.Y. Jan. 3, 2023) (citing *China Nat. Chartering Corp. v. Pactrans Air & Sea, Inc.*, 882 F. Supp.2d 579, 595 (S.D.N.Y. 2012)).

Additionally, on July 24, 2026, Plaintiff filed several letters that, among other things, attempt to "invoke[] his right to Marshal Service" because of his in forma pauperis ("IFP") status. *See* ECF No. 52 at 1–2. Plaintiff's leave to proceed in this Court IFP is HEREBY REVOKED. On April 21, 2026, the Court granted Plaintiff's application to proceed IFP in this case. ECF No. 11. However, on May 7, 2026, Plaintiff paid the $405 filing fee in this action. Plaintiff has also paid an additional $810 in fees to initiate two separate civil actions in this District over the past year. *See Barnett v. Stewart*, 26-CV-107 (JGLC) (S.D.N.Y. Jan. 15, 2026); *Barnett v. Acker*, 25-CV-6174 (CS) (S.D.N.Y. Aug. 11, 2025). By doing so, Plaintiff demonstrated that he has sufficient funds to pay the filing fees. *See* 28 U.S.C. § 1915(a)(1). The Court deems the payment in this case as a withdrawal of his application to proceed IFP and, accordingly, revokes his IFP status. As such, Plaintiff is responsible for completing appropriate service in this case and paying any filing fees that an appeal may incur.

The Clerk of Court is directed to terminate ECF No. 47 and to mail a copy of this Order to Plaintiff.

Dated: July 31, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge