UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

ANDRE NIGEL BARNETT,

Plaintiff,

-against-

LETITIA ANN JAMES, et al,

Defendants.

----------------------------------------------------------X

**ORDER**

26 Civ. 3048 (JGLC)(JCM)

Plaintiff filed a motion requesting that the undersigned, Judge Jessica G. L. Clarke, and Judge Kenneth M. Karas recuse themselves from this case ("Recusal Motion"). (Docket No. 59). Plaintiff alleges that recusal of the undersigned is appropriate because the undersigned granted the Town Defendants' motion for an extension of time to respond to the Amended Complaint. (Docket No. 44). Such motions are routinely granted in this District.

On August 24, 2026, Judge Clarke denied the Recusal Motion in its entirety, finding "no evidence of bias in the record and thus no need for any of the named judges to recuse themselves." (Docket No. 71). For the reasons set forth in Judge Clarke's thorough analysis—under 28 U.S.C. § 455(a)[1] and precedential case law—the undersigned finds no reason why her "impartiality might reasonably be questioned." 28 U.S.C. § 455(a). In addition, the "Court is confident that it is unbiased in both fact and appearance." *Shukla v. Deloitte Consulting LLP*, 1:19-cv-10578 (AJN)(SDA), 2020 WL 5894078, at *2 (S.D.N.Y. Oct. 5, 2020) (internal quotation and citation omitted).[2]

---

[1] 28 U.S.C. § 455(a) sets forth that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself [or herself] in any proceeding in which his [or her] impartiality might reasonably be questioned."

[2] If Plaintiff does not have access to cases cited herein that are available only by electronic database, then he may request copies from Defendants' counsel. *See* Local Civ. R. 7.2 ("Upon request, counsel must provide the pro se

Accordingly, the undersigned joins Judge Clarke in denying the Recusal Motion in its entirety. The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff.

Dated: August 25, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge

litigant with copies of such unpublished cases and other authorities as are cited in a decision of the court and were not previously cited by any party.").