UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE NIGEL BARNETT,<br>Plaintiff,<br>-against-<br>LETITIA ANN JAMES, in her official capacity as Attorney General of the State of New York, et al.,<br>Defendants. | 26-CV-3048 (JGLC) (JMC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

Before this Court is Plaintiff's sixth request for emergency relief. ECF No. 114 ("Motion"). Five times, the Court has denied previous requests for emergency relief. *See* ECF No. 110. Three times, the Court has warned him that further applications for emergency relief "made without a material change in circumstances may be summarily denied." ECF No. 27 at 2; ECF No. 110 at 2.[1] Plaintiff's instant Motion alleges that he continues to miss events in his personal life. Motion at 4–5. This is not a material change in circumstance. *Compare* ECF No. 2 at 5 (asserting same).

[1] Plaintiff argues that ECF No. 110 was issued without jurisdiction because of a pending appeal. Motion at 3. But an appeal "does not divest the district court of jurisdiction over aspects of a suit outside the appeal" so long as the appeal is not rendered moot or otherwise disturbed. *City of New York v. Beretta U.S.A. Corp.*, 234 F.R.D. 46, 50 (E.D.N.Y. 2006). This Court's previous orders did not moot or disturb Plaintiff's appeals, and so they were not without jurisdiction.

The Motion is summarily DENIED. The Clerk of Court is respectfully requested to terminate the motion at ECF No. 114 and mail a copy of this Order to any self-represented party who has not consented to e-service or e-filing.

Dated: November 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge